THE PEOPLE OF THE STATE OF NEW YORK ex rel. SOEUR-
BEE, INCORPORATED, Appellant, *v.* LAWSON PURDY et
al., as Commissioners of Taxes and Assessments of
the City of New York, Respondents.

*People ex rel. Soeurbee, Inc., v. Purdy,* 179 App. Div. 748, affirmed.
(Argued January 9, 1918; decided January 29, 1918.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the first judicial department,
entered October 31, 1917, which affirmed an order of
Special Term quashing a writ of certiorari to review
an assessment for taxation for the year 1917 upon
certain real property belonging to relator upon which a
building was in course of construction. The relator con-
tended that the assessment of the property as improved
was illegal, the assessors being forbidden by statute to
assess the building in the course of construction, and
that the property could accordingly only be legally
assessed as unimproved. The Special Term and the
Appellate Division held that the defendants' motion to
quash the writ of certiorari should be granted; that the
facts set forth in the petition did not show that the
assessment in question was illegal, or that the property
assessed was exempt from taxation for the year 1917;
that the question whether the assessment was excessive
to the extent of the value of the building could be raised
only by pleading overvaluation of the entire assessment
and that the petition failed to allege facts sufficient to
raise the issue of overvaluation in accordance with the
provisions of section 290 of the Tax Law.

*Emilie M. Bullowa, Ferdinand E. M. Bullowa* and
*Lawrence E. Brown* for appellant.

*William P. Burr, Corporation Counsel* (*William H.
King* and *Eugene Fay* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, HOGAN,
CARDOZO, POUND and ANDREWS, JJ.